**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00412-FDW-DSC**

| | |
|---|---|
| **PUSHPA PATEL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **CAROLYN W. COLVIN,** ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Memorandum and Recommendation ("M&R") (Doc. No. 12). Federal Rule of Civil Procedure 72(b) allows a party fourteen (14) days to file specific written objections to a Magistrate Judge's proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). By copy of the M&R, each party was advised of the right to file written objections. No objections were filed by either party as of the date of this Order. After a careful review of the record, and finding no error, the Court hereby ADOPTS and APPROVES the findings and recommendations set forth in the M&R. The Court GRANTS Plaintiff's Motion for Summary Judgment and Motion to Remand, DENIES Defendant's Motion for Summary Judgment, and REVERSES the Commissioner's decision.

**IT IS SO ORDERED.**

Signed: April 5, 2016

Frank D. Whitney
Chief United States District Judge