**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL NO. 3:15CV412-FDW-DSC**

| | |
|---|---|
| PUSHPA PATEL, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social )<br>Security Administration, )<br>      Defendant. )<br>_____) | **CONSENT ORDER** |

**THIS MATTER** is before the Court for entry of a Consent Order and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $2,571.25 for attorney fees in full and final settlement of all claims for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). It also appearing that Plaintiff's counsel should be reimbursed the $400.00 filing fee from the Treasury Judgment Fund;

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $2,571.25, and that the Treasury Judgment Fund pay to Plaintiff's counsel $400.00, both payments sent to Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

1

**SO ORDERED**.

Signed: May 10, 2016

David S. Cayer
United States Magistrate Judge

CONSENTED TO:

/s/ CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com

/s/ MARY ELLEN RUSSELL
Attorney for the Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Social Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD 21235-6401
(410) 966-6388
Email Mary.Ellen.Russell@ssa.gov
Maryland Bar